NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT D. ASWELL, )
)
        Appellant, )
)
v. )        Case No. 2D19-1231
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed November 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Linda H. Babb,
Judge.

Robert D. Aswell, pro se.

PER CURIAM.

        Affirmed.  See Ch. 93-272, § 1, at 2588, Laws of Fla; Ch. 77-266, § 1, at 1248, Laws of Fla; Aswell v. State, 166 So. 3d 778 (Fla. 2d DCA 2014) (table decision); Clough v. State, 136 So. 3d 680 (Fla. 2d DCA 2014); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001); Romano v. State, 718 So. 2d 283 (Fla. 4th DCA 1998).

VILLANTI, LaROSE, and BADALAMENTI, JJ., Concur.